# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Angelo Demitro (v) VCNA Prairie Illinois, Inc., a foreign corporation, Prairie Material Sales, Inc., a foreign corporation, and Prairie Material, a foreign corporation | FILED: JULY 1, 2008<br>08CV3755<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Angelo Demitro

| |
|---|
| NAME (Type or print)<br>Seth R. Halpern |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Seth R. Halpern |
| FIRM<br>Malkinson & Halpern, P.C. |
| STREET ADDRESS<br>223 West Jackson Boulevard, Suite 1010 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6198939 | TELEPHONE NUMBER<br>312-427-9600 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐