## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Angelo Demitro (v) VCNA Prairie Illinois, Inc., a foreign corporation, Prairie Material Sales, Inc., a foreign corporation, and Prairie Material, a foreign corporation | FILED: JULY 1, 2008<br>08CV3755<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC
Angelo Demitro

| NAME (Type or print) |
|---|
| Allison L. Chaplick |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Allison L. Chaplick |

| FIRM |
|---|
| Malkinson & Halpern, P.C. |

| STREET ADDRESS |
|---|
| 223 West Jackson Boulevard, Suite 1010 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6271450 | 312-427-9600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |