# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                     Case Number: 08 CV 3755

Angelo Demitro, Plaintiff
v.
VCNA Prairie Illinois, Inc., et al., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VCNA Prairie Illinois, Inc., et al.

| | |
|---|---|
| NAME (Type or print) <br> Jason M. Torres | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jason M. Torres | |
| FIRM <br> Seyfarth Shaw LLP | |
| STREET ADDRESS <br> 131 South Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06278611 | TELEPHONE NUMBER <br> (312) 460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

    I, Jason M. Torres, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing Appearance to be filed electronically in the United States District Court for the Northern District of Illinois, Eastern Division:

>Allison L. Chaplick
>Malkinson & Halpern, P.C.
>223 West Jackson Boulevard
>Suite 1010
>Chicago, IL  60606

                                         /s Jason M. Torres

July 29, 2008